IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER, | CASE NO. CV-F-04-5253 LJO |
| Plaintiff, | **ORDER ON PLAINTIFFS' MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| vs. | (Doc. 164.) |
| DIRECTOR, PUBLIC SAFETY, | |
| Defendants. | |

Plaintiff Aaron Raiser ("plaintiff") proceeds pro se and has filed several notices to attempt to appeal this Court's orders. Despite this Court having granted plaintiff in forma pauperis status, plaintiff filed papers on July 1, 2005 to again proceed in forma pauperis. Since this Court granted plaintiff's original request to proceed in forma pauperis, this Court need not address plaintiff's further request to proceed in forma pauperis and disregards it. Plaintiff's papers reveal he is familiar with the in forma pauperis process and bringing such matter to the attention of the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

**Dated:   July 5, 2005**                   /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE